IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CRYSTAL COTNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No: 13-CV-353-RAW |
| 1. MUSKOGEE COUNTY COMMUNITY ) | |
| ACTION FOUNDATION, INC., and ) | |
| 2. JAMES EZZELL ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL OF DEFENDANTS

The Plaintiff, Crystal Cotner and Defendants, Muskogee County Community Action Foundation, Inc. and James Ezzell (hereinafter, collectively referred to as "Parties"), pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice, of all the claims against the Defendants. The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed the Stipulation of Dismissal with them and have the authority to bind their respective clients.

The Parties will bear their own costs and attorney fees.

Date: July 16, 2014.

ATTORNEYS FOR THE PLAINTIFFS

/s/ Anthony L. Allen
Anthony L. Allen   OBA# 19738
ALLEN & WISNER
101 W. Broadway
Muskogee, Oklahoma 74401
918.683.5291
918.683.3397 fax
anthony@oklahomaslawfirm.com

ATTORNEYS FOR DEFENDANTS:
NEWTON O'CONNOR TURNER & KETCHUM

/s/   R. Mark Solano
R. Mark Solano, OBA #11170
15 West Sixth Street, Ste. 2700
Tulsa, OK 74119-5421
Tele:  918-587.0101
Fax:  918-587-0102
Email:  msolano@newtconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, I electronically transmitted the foregoing document to the following:

R. Mark Solano
Email:  msolano@newtconnor.com


/s/ Anthony L. Allen